IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY HAWES,

    Plaintiff,

v.

JERRY BROWN,

    Defendant.

                                       /

No. C 12-2024 WHA (PR)

**ORDER AMENDING ORDER ORDER OF DISMISSAL WITH LEAVE TO AMEND; INSTRUCTIONS TO CLERK**

    The Order of Dismissal with Leave to Amend, dated October 3, 2012, is hereby **AMENDED** as follows: in the caption of the order, the phrase "Order of Dismissal With Leave to Amend" is replaced with the phrase "Order of Service." The clerk shall change the title of the order on the court's docket to reflect this change, and shall follow the instructions in numbered paragraph two of the order.

    IT IS SO ORDERED.

Dated: October   4  , 2012.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\HAWES2024.AMD.wpd